UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARLA MARIE DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CACH, LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-03892-BLF<br><br>**ORDER VACATING FEBRUARY 19, 2015 HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>[Re: ECF 26] |

The Court HEREBY VACATES the February 19, 2015 hearing on Defendants' motion to compel arbitration. ECF 26. The Court finds the motion appropriate for disposition without oral argument, pursuant to Civil Local Rule 7-1(b), and shall adjudicate the motion on the papers filed by the parties.

**IT IS SO ORDERED.**

Dated: February 9, 2015

_____
HON. BETH LABSON FREEMAN
United States District Judge