UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARLA MARIE DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CACH, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-03892-BLF<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A MOTION FOR RECONSIDERATION; SETTING BRIEFING AND HEARING SCHEDULE**<br><br>[Re: ECF 46] |

On March 2, 2015, the Court granted Defendants' motion to compel arbitration. *See* ECF 45. Thereafter, on March 4, 2015, Plaintiff moved for leave to file a motion for reconsideration, contending that a provision in the purchase agreement between CACH and HSBC Bank Nevada, N.A., contractually waives CACH's right to compel arbitration. *See* ECF 46 at 2.

Pursuant to Civil Local Rule 7-9, a party may seek leave of court to file a motion for reconsideration. Plaintiff brings her motion pursuant to Rule 7-9(b)(3), a "failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court" prior to the issuance of the Order.[1] Local Rule 7-9(d) states that "[u]nless otherwise ordered by the assigned Judge, no response need be filed [to the motion for leave] . . . . If the judge decides to order the filing of additional papers or that the matter warrants a hearing, the judge will fix an appropriate schedule."

The Court GRANTS Plaintiff leave to file a motion for reconsideration based on its contention that the purchase agreement provision could constitute a contractual waiver of

---

[1] The purchase agreement provision which Plaintiff claims waives CACH's right to compel arbitration was presented in a supplemental declaration submitted with Defendants' Reply brief. *See* ECF 39-1.

Defendant CACH's right to compel arbitration. The parties shall brief the motion for reconsideration on the following schedule:

| | |
|---|---|
| Plaintiff's motion for reconsideration: | April 1, 2015 |
| Defendants' opposition: | April 15, 2015 |
| Plaintiff's reply: | April 22, 2015 |
| Hearing on the motion: | May 7, 2015[2] |

**IT IS SO ORDERED.**

Dated: March 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge

---

[2] Due to this briefing schedule, the Court hereby VACATES the hearing on the motion for leave to file a motion for reconsideration, presently scheduled for April 16, 2015.