1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

   DAVIS,                        )   CV-14-3892-BLF
5                                )
                    PLAINTIFF,   )   SAN JOSE, CALIFORNIA
6                                )
            VS.                  )   MARCH, 23, 2017
7                                )
   CACH, LLC, ET AL,             )   PAGES 1-9
8                                )
                    DEFENDANT.   )
9                                )
   _____ )
10                 TRANSCRIPT OF PROCEEDINGS
11        BEFORE THE HONORABLE BETH LABSON FREEMAN
                 UNITED STATES DISTRICT JUDGE
12

13                  A P P E A R A N C E S

14

15      FOR THE PLAINTIFF:      **BY:  RAEON ROULSTON**
                                CONSUMER LAW CENTER, INC.
16                              12 SOUTH FIRST STREET, SUITE 1014
                                SAN JOSE, CA 95113
17

18

19      FOR THE DEFENDANT:      **BY:  STEPHEN SCOTT**
                                HAYES SCOTT BONIONO ELLINGSON &
20                              MCLAY, LLP
                                203 REDWOOD SHORES PKWY., STE 480
21                              REDWOOD SHORES, CA 94065

22          APPEARANCES CONTINUED ON THE NEXT PAGE

23      OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                     CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

2

1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:        **BY:  NICOLE STRICKLER**
                               MESSER STRICKLER, LTD.
3                              225 W. WASHINGTON ST., SUITE 575
                               CHICAGO, IL 60606
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |   |
|---|---|---|
|  | 1 | SAN JOSE, CALIFORNIA                    MARCH, 23, 2017 |
|  | 2 |                   P R O C E E D I N G S |
|  | 3 | (COURT CONVENED AT 9:07 A.M.) |
| 09:07:32 | 4 | THE CLERK:  CALLING CASE 14-3892.  DAVIS VERSUS CACH, |
| 09:07:37 | 5 | LLC, ET AL. |
| 09:07:45 | 6 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 09:07:45 | 7 | MR. SCOTT:  GOOD MORNING, YOUR HONOR. |
| 09:07:46 | 8 | STEVE SCOTT REPRESENTING CACH AND SQUARE TWO FINANCIAL. |
| 09:07:50 | 9 | THE COURT:  GOOD MORNING. |
| 09:07:51 | 10 | MR. DAVIS:  AND GOOD MORNING, YOUR HONOR.  RAEON |
| 09:07:53 | 11 | ROULSTON FOR PLAINTIFF DAVIS. |
| 09:07:54 | 12 | THE COURT:  GOOD MORNING, MR. ROULSTON. |
| 09:07:58 | 13 | MS. STRICKLER:  YOUR HONOR, NICOLE STRICKLER ON THE |
| 09:08:01 | 14 | PHONE FOR MANDARICH LAW GROUP AND THE ATTORNEY DEFENDANTS. |
| 09:08:04 | 15 | THE COURT:  GOOD MORNING, MS. STRICKLER. |
| 09:08:06 | 16 | MS. STRICKLER:  GOOD MORNING. |
| 09:08:07 | 17 | THE COURT:  SO WHAT SURPRISED ME IS WHEN I WAS |
| 09:08:10 | 18 | GREETED WITH THE BANKRUPTCY ISSUE REGARDING THE TWO CORPORATE |
| 09:08:12 | 19 | DEFENDANTS, CACH AND SQUARE ONE -- |
| 09:08:19 | 20 | MR. SCOTT:  SQUARE TWO. |
| 09:08:20 | 21 | THE COURT:  WE HAVE ANOTHER SQUARE ONE.  SQUARE TWO. |
| 09:08:23 | 22 | SO WHAT CAN YOU TELL ME ABOUT THAT, MR. SCOTT, ARE WE IN |
| 09:08:26 | 23 | THE STAY POSITION HERE? |
| 09:08:27 | 24 | MR. SCOTT:  I BELIEVE SO, YOUR HONOR. |
| 09:08:29 | 25 | I WAS NOTIFIED JUST THE DAY BEFORE YESTERDAY THAT THEIR |

09:08:34  1   BANKRUPTCY COUNSEL HAS GIVEN ME A FORM TO FILE, AND I FILED IT

09:08:37  2   WITH THE COURT.  AND BEYOND THAT, I DON'T KNOW.

09:08:39  3          THE COURT:  YEAH.

09:08:40  4          MR. SCOTT:  BUT I THINK THE STAY IS IN PLACE.

09:08:46  5      I'M SORRY TO SAY, I THINK EVERYBODY WOULD LIKE TO GET THIS

09:08:49  6   OVER WITH, BUT I'M CERTAINLY NOT AUTHORIZED TO WAIVE ANY STAY.

09:08:52  7          THE COURT:  THE LAW IS THE LAW.  IF THERE'S A STAY, I

09:08:55  8   AM COMPELLED TO COMPLY WITH IT.

09:08:57  9          MR. SCOTT:  YEAH, I THINK THAT'S CORRECT.  I'M NOT A

09:08:59 10   BANKRUPTCY EXPERT, BUT I KNOW ENOUGH ABOUT THAT, THAT I THINK

09:09:02 11   THAT'S TRUE.

09:09:03 12          THE COURT:  RIGHT.  LET ME JUST ASK A COUPLE OF

09:09:05 13   CLARIFYING QUESTIONS.

09:09:06 14      MS. STRICKLER, IN THE PAPERS, IT LOOKED AS THOUGH SOME OF

09:09:11 15   YOUR CLIENTS WERE NO LONGER PARTY TO THE CLAIMS IN ARBITRATION;

09:09:16 16   IS THAT CORRECT?

09:09:16 17          MS. STRICKLER:  YES, YOUR HONOR.  THE INDIVIDUAL

09:09:18 18   ATTORNEYS, MS. SUTLIAN, MR. SABAWI, AND I BELIEVE THOSE WERE

09:09:28 19   THE ONLY TWO.  MR. VOS IS STILL A PARTY, AND THE LAW FIRM

09:09:34 20   DEFENDANT IS A PARTY, BUT THOSE TWO WERE DISMISSED.

09:09:37 21      I WOULD LIKE THEM TO BE DISMISSED FROM THE ACTION.  I

09:09:39 22   DON'T THINK THE STAY ACTUALLY ACTS AS TO THE NON-VIOLATE

09:09:43 23   PARTIES.

09:09:43 24          THE COURT:  THE STAY -- I THINK THAT'S RIGHT.

09:09:45 25          HOWEVER, THEN I HAVE TO DETERMINE WHETHER I CAN GO FORWARD

09:09:50   1   ON ANY PART OF THE CASE WITH THE BANKRUPTCY PENDING, IF I HAVE

09:09:55   2   EITHER.  SO THAT'S WHAT I HAVE BEEN LOOKING AT HERE.

09:09:59   3          AND AGAIN, I HAVE TO DEAL WITH THIS ISSUE BEFORE I EVEN

09:10:02   4   GET TO THE UNDERLYING ONE, ALTHOUGH I PUT QUITE A BIT OF TIME

09:10:06   5   INTO IT BECAUSE YOU PRESENTED QUITE A BIT OF MATERIAL, AS YOU

09:10:10   6   DID.

09:10:13   7          SO MR. ROULSTON, YOU AND YOUR FIRM HAVE PUT AN

09:10:16   8   EXTRAORDINARY AMOUNT OF WORK INTO THIS CASE, I RECOGNIZE THAT,

09:10:19   9   AS HAVE THE DEFENDANTS, BUT HAVING READ THE DECISIONS THAT WERE

09:10:28  10   ISSUED BY THE ARBITRATOR, IT'S CLEAR THIS HAS BEEN THOUGHTFULLY

09:10:33  11   LITIGATED FOR QUITE SOME TIME.

09:10:37  12          MR. ROULSTON, I THINK I HAVE NO CHOICE BUT TO STAY THIS

09:10:43  13   CASE AS TO CACH AND SQUARE TWO.

09:10:46  14          DO YOU DISAGREE WITH THAT?

09:10:48  15          MR. DAVIS:  I ACTUALLY DON'T, YOUR HONOR.  IF THERE'S

09:10:49  16   A STAY IN PLACE, THEN I THINK IT'S JURISDICTIONAL.

09:10:52  17          THE COURT:  YEAH.

09:10:53  18   I THINK THAT THEN BRINGS THE LAW FIRM AND MR. VOS ALONG

09:10:57  19   WITH THEM, NOT A STAY BECAUSE OF THE BANKRUPTCY, BUT JUST AS A

09:11:02  20   COLLATERAL CONSEQUENCE OF IT.

09:11:04  21          I CAN'T CONFIRM THIS AWARD, OR IN THE ALTERNATIVE, SEND IT

09:11:11  22   BACK TO THIS COURT AND GRANT THE RECONSIDERATION AS TO TWO

09:11:16  23   PARTIES AND NOT ALL OF THEM.

09:11:19  24          FOR EXAMPLE, IF I WERE TO CONFIRM THE AWARD FOR THE TWO,

09:11:23  25   THEN I THINK THAT, YOU KNOW, THAT COULD BE A PROBLEM.  BUT MORE

09:11:28  1    CONCERNING, IS IF I WERE TO BRING THE CASE BACK TO FEDERAL

09:11:31  2    COURT AS TO TWO AND DEPRIVE CACH OF THE OPPORTUNITY TO FURTHER

09:11:36  3    ARGUE THAT, I THINK THAT WOULD DEPRIVE THEM OF THEIR RIGHTS.

09:11:40  4         SO I THINK I'M IN A SITUATION HERE OF NEEDING TO, IN LIGHT

09:11:45  5    OF THE BANKRUPTCY, TO STAY THE ENTIRE ACTION.  AND I DON'T KNOW

09:11:51  6    WHETHER THIS MATTER GETS REFERRED TO THE BANKRUPTCY COURT OR

09:11:54  7    WHETHER IT IS SOMETHING THAT SOMEONE WILL SEEK RELIEF FROM THE

09:11:59  8    AUTOMATIC STAY, I DON'T KNOW HOW BIG THIS COMPANY IS AND HOW

09:12:04  9    COMPLEX THE BANKRUPTCY IS.  I THINK YOU INDICATED IT'S A

09:12:08  10   CHAPTER 11 REORGANIZATION, THAT CAN TAKE SOME TIME.  IT'S

09:12:12  11   OBVIOUSLY BRAND NEW.

09:12:14  12        MR. SCOTT:  RIGHT.  THE DAY BEFORE YESTERDAY.

09:12:16  13        THE COURT:  RIGHT.

09:12:18  14        MR. SCOTT:  AND THERE'S A NUMBER OF COMPANIES THAT

09:12:20  15   ARE ALSO --

09:12:23  16        THE COURT:  OKAY.  SOME CASES JUST NEVER CAN COME TO

09:12:29  17   AN END, CAN THEY.

09:12:30  18        IT'S JUST, THE RECORD HERE IS PRETTY REMARKABLE, AND WITH

09:12:36  19   AN ULTIMATE RULING ON THE MERITS, IT EITHER SIMPLIFIES OR

09:12:40  20   COMPLICATES THINGS.  BUT REALLY WHAT'S PRESENTED TO ME FROM

09:12:43  21   MR. ROULSTON IS A RULE 60(B) MOTION, WHICH AT A HIGH LEVEL, AND

09:12:47  22   PROCEDURALLY HAS ITS OWN ISSUES SEPARATE FROM THE MERITS OF THE

09:12:51  23   UNDERLYING CASE.

09:12:53  24        ALL RIGHT.  I THINK THE BEST THAT I CAN DO THEN, SO THAT

09:12:57  25   THERE'S NO QUESTION THAT I'M MAKING ABSOLUTELY NO RULING ON THE

09:13:01   1    SUBSTANCE OF THIS MATTER, IS TO STAY THE PROCEEDINGS.

09:13:03   2         AND WHAT WOULD BE A REASONABLE AMOUNT OF TIME FOR YOU TO

09:13:05   3    GIVE ME A WRITTEN STATUS UPDATE ON THE BANKRUPTCY?

09:13:10   4         MR. SCOTT:  THOSE CAN GO ON FOR YEARS, YOUR HONOR.  I

09:13:12   5    DON'T KNOW THAT I HAVE A GOOD ANSWER TO THAT, BUT CAN I SUGGEST

09:13:17   6    MAYBE SIX MONTHS?  I HONESTLY DON'T KNOW.

09:13:20   7         THE COURT:  OKAY.

09:13:21   8         MR. SCOTT:  IT LOOKS LIKE IT COULD BE COMPLICATED

09:13:23   9    ENOUGH.

09:13:24   10        THE COURT:  OKAY.

09:13:24   11        MR. SCOTT:  BUT CERTAINLY IF WE HEAR SOONER THAN

09:13:26   12   THAT, WE WILL APPRISE THE COURT.

09:13:28   13        THE COURT:  ALL RIGHT.

09:13:29   14      MR. ROULSTON, ANY OBJECTION TO SIX MONTHS?

09:13:31   15        MR. DAVIS:  NO, I DO SOME BANKRUPTCY PRACTICE MYSELF.

09:13:33   16   I THINK THAT'S PRETTY REASONABLE.  I COULDN'T, IN GOOD

09:13:36   17   CONSCIENCE, ASK FOR LESS THAN THAT.

09:13:38   18        THE COURT:  I APPRECIATE THAT.  THANK YOU FOR THAT.

09:13:41   19      ALL RIGHT.  THEN THE CASE IS STAYED.  I WILL ASK FOR A

09:13:43   20   WRITTEN JOINT STATUS UPDATE ON THE BANKRUPTCY.  SIX MONTHS FROM

09:13:48   21   NOW WOULD BE --

09:13:49   22        THE CLERK:  THAT DATE WOULD BE MONDAY,

09:13:51   23    SEPTEMBER 25TH.

09:13:52   24        THE COURT:  BY SEPTEMBER 25TH, ANY OTHER SIGNIFICANT

09:13:55   25   ACTION IN THE BANKRUPTCY CASE AFFECTING THIS ACTION, OF COURSE

09:13:58  1      YOU ARE FREE TO COMMUNICATE WITH ME SOONER, AND WE WILL SEE.

09:14:04  2           AND I CERTAINLY -- I DON'T KNOW WHAT IS LIKELY TO COME OF

09:14:09  3      ANY SETTLEMENT DISCUSSIONS UNDER THE UMBRELLA OF THE

09:14:13  4      BANKRUPTCY, BUT I CERTAINLY ALWAYS URGE YOU, UNDER THAT

09:14:16  5      UMBRELLA AND THE BANKRUPTCY COUNSEL, TO EXPLORE ANY METHOD OF

09:14:21  6      RESOLUTION OF THIS CASE.

09:14:23  7           OBVIOUSLY THINGS HAVE CHANGED IN YOUR CALCULATION.  SO

09:14:26  8      THANK YOU BOTH FOR COMING IN, AND I GUESS I WILL HEAR FROM YOU

09:14:29  9      IN SIX MONTHS.

09:14:30 10           MR. SCOTT:  THANK YOU, YOUR HONOR.

09:14:30 11           MR. DAVIS:  THANK YOU, YOUR HONOR.

09:14:31 12           MS. STRICKLER:  THANK YOU.

09:14:32 13           (THE PROCEEDINGS WERE CONCLUDED AT 9:14 A.M.)

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24    _____

25    SUMMER A. FISHER, CSR, CRR
      CERTIFICATE NUMBER 13185          DATED: 6/18/18